# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 18-CR-00178 (CKK)** |
| **v.** : | |
| : | |
| **ERNEST HALILOV,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America respectfully moves the Court to unseal this case. At the time of indictment, the government filed a motion to seal the case because a public indictment would hinder law enforcement's efforts to apprehend the defendant. Last week, the defendant was arrested in Ukraine, where he is being detained pending extradition proceedings, and therefore the grounds for sealing this case no longer apply. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | JESSIE K. LIU |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| CRIMINAL DIVISION | |
| U.S. DEPARTMENT OF JUSTICE | |
| | |
| By: /s/ | By: /s/ |
| Nathan Dimock | Jonathan Kravis |
| Senior Trial Attorney | Assistant United States Attorney |
| 1400 New York Ave. N.W. | 555 Fourth Street N.W. |
| Washington D.C. 20005 | Washington, D.C. 20530 |
| (202) 514-0095 | (202) 252-6886 |
| nathan.dimock@usdoj.gov | jonathan.kravis3@usdoj.gov |

Date: October 30, 2018